# UNITED STATES DISTRICT COURT
EASTERN District of TENNESSEE

**FILED**
2008 OCT 16 P 2:44
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK

UNITED STATES OF AMERICA

V.

DAVID C. KERNELL,
a/k/a "rubico"

**WARRANT FOR ARREST**

Case Number: 3:08-CR-142
Phillips/Shirley

RECEIVED 2008 OCT -7 A 11:51 KNOXVILLE, TN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DAVID C. KERNELL, a/k/a "rubico"
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
intentionally and without authorization accessing a protected computer by means of an interstate communication and thereby obtained information, and did aid and abet in same.

in violation of Title __18__ United States Code, Section(s) __2, 1030(a)(2)(C) and 1030(c)(2)(B)(ii)__

Kathy Keeton
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

10-7-08 at Knoxville, TN
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
710 LOCUST ST. - FBI OFFICE
KNOXVILLE TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/07/08 | SA L. JACK MOORE JR | L. Jack Moore |
| DATE OF ARREST 10/08/08 | SPECIAL AGENT/FBI | |

FID# 1581473

0974-1008-0012-J