# PROPOSED DUCES TECUM ATTACHMENT

# TO 4CHAN SUBPOENA

SUMMON:

4Chan
admin@4chan.org

In addition to personal appearance, pursuant to Fed. R. Crim. P. 17(c) the accompanying subpoena commands that you bring with you the following:

> For purposes of this subpoena duces tecum, the term "document" is all inclusive and means the original or any copy of all material that is written, printed, typed, photographed, or any other form of record preserving information, or which is capable of being recorded or reproduced in any form. The term includes, but is not limited to, papers, books, records, letters, photographs, tangible things, **electronic mail**, correspondence, telegrams, cables, telex messages, memoranda, accounting records, filings with governmental authorities, notes, transcripts, minutes, reports and recordings of telephone or other conversations, or of interviews, or of other meetings, affidavits, statements, summaries, opinions, reports, analyses, evaluations, contracts, agenda, bulletins, notices, announcements, advertisements, charts, annuals, brochures, publications, schedules, statistical records, calendars, appointment books, diaries, lists, spreadsheets, sound recordings, computer diskettes, microfilm, books of accounts, all records kept by electronic, photographic, or mechanical means, any notes or drafts relating to the foregoing, and all things similar to any of the foregoing however denominated.

Any documents in your custody, possession, or control which relate, reflect, and/or refer in any manner to discussion on 4Chan.org and its message boards in September 2008 about Sarah Palin and her use of Yahoo! email accounts.

Any documents in your custody, possession, or control which relate, reflect, and/or refer in any manner to retention or destruction policies for comment threads on your website and its message boards.