# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br> DAVID C. KERNELL <br> _____ <br> *Defendant* | ) <br> ) <br> ) Case No. 3:08-cr-142 <br> ) <br> ) <br> ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Special Agent Andrew Fisher
Federal Bureau of Investigation
710 Locust Street, Suite 600
Knoxville, TN 37902

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court <br> 800 Market Street <br> Knoxville, TN 37902 | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | 07/16/2009 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 07/08/2009

PATRICIA L. McNUTT, CLERK
CLERK OF COURT

K Watson
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* David C. Kernell
_____, who requests this subpoena, are:

Wade V. Davies
Ritchie, Dillard & Davies, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
wdavies@rddlawfirm.com

Case No. 3:08-cr-142

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) _Special Agent Andrew Fisher_
was received by me on (date) _7-8-09_.

☑ I personally served the subpoena on the individual at (place) _FBI offices_
on (date) _7-8-09_ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _7/8/09_

_[signature]_
Server's signature

_Connor Gilbert_
Printed name and title

_606 W. Main St._
_P.O. Box 1126_
_Knoxville, TN 37901_
Server's address

Additional information regarding attempted service, etc: