AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

DAVID C. KERNELL

**EXHIBIT AND WITNESS LIST**

Case Number: 3:08-CR-142

| PRESIDING JUDGE<br>C. Clifford Shirley, Jr. | PLAINTIFF'S ATTORNEY<br>Wade Davie/ Anne Passino | DEFENDANT'S ATTORNEY<br>Greg Weddle/ Mark Krotoski/ Josh Goldfoot |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hearing - 7/16/2009 | COURT REPORTER<br>Lynda Clark (Miller & Miller) | COURTROOM DEPUTY<br>Donna Papa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/16/09 | X |  | Search Warrant |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages