IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-142 |
| | ) | |
| DAVID C. KERNELL, | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion to File Forensic Reports Under Seal [Doc. 91], filed on November 30, 2009. The Defendant asks to place five forensic reports produced by the Government into the record under seal so that the Court can review them with regard to the propriety of the searches of the Defendant's computer.

The parties came before the Court on December 3, 2009, for a motion hearing. Assistant United States Attorneys D. Gregory Weddle, Mark L. Krotoski, and Josh Goldfoot appeared on behalf of the government. Attorneys Wade V. Davies and Anne E. Passino represented the defendant, who was also present. At the hearing, defense counsel asked to amend the instant

1

motion to add a sixth forensic report to be filed under seal.  The Government had no objection to the Defendant's motion or the amendment.  Accordingly, the Defendant's amended motion **[Doc. 91]** to file the six forensic reports under seal is **GRANTED**.

    **IT IS SO ORDERED.**

                          ENTER:

                          s/ C. Clifford Shirley, Jr.
                          United States Magistrate Judge