PS 42
(Rev. 7/93)

# United States District Court
## Eastern District Of Tennessee

| | |
|---|---|
| United States of America | ) |
| vs. | ) |
| David Christopher Kernell | ) Case No. 3:08-CR-00142-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __David Christopher Kernell__, have discussed with __Kathryn Callaway__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall have permission to travel to Honolulu, Hawaii, to visit his mother between the dates of December 11, 2009, and January 2, 2010. He will call U.S. Probation Officer Callaway within 24 hours of leaving and returning to the Eastern District of Tennessee.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 12-3-09   _[signature: Kathryn Callaway]_ 12-3-09
Signature of Defendant  Date   Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature: Wade V. Davies]_   12/3/09
Signature of Defense Counsel   Date

☑ The above modification of conditions of release is ordered, to be effective on  12/4/09 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_   12/4/09
Signature of Judicial Officer   Date