IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-142 |
| | ) | |
| DAVID C. KERNELL, | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion to Authorize Travel [Doc. 90], filed on November 20, 2009. The parties came before the Court on December 3, 2009, for a motion hearing. Assistant United States Attorneys D. Gregory Weddle, Mark L. Krotoski, and Josh Goldfoot appeared on behalf of the government. Attorneys Wade V. Davies and Anne E. Passino represented the defendant, who was also present. Following the hearing, defense counsel asked to withdraw the Motion to Authorize Travel. Accordingly, at the Defendant's request, the Motion to Authorize Travel [**Doc. 90**] is **WITHDRAWN**.

**IT IS SO ORDERED.**

ENTER:

　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge