# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID C. KERNELL | ) | Case No. 3:08-CR-142 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Andrew M. Fisher, Special Agent
Federal Bureau of Investigation
710 Locust Street, Suite 600
Knoxville, TN 37902 – (865) 544-0751

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Howard H. Baker, Jr. U.S. Courthouse 800 Market Street Knoxville, TN 37902 | Courtroom No.: Fourth Floor |
|---|---|
| | Date and Time: 04/20/2010 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

UPON RECEIPT OF THIS SUBPOENA, PLEASE CONTACT WADE V. DAVIES OR ANNE E. PASSINO, COUNSEL FOR DAVID C. KERNELL, TO DISCUSS THE TIMING AND DATE OF YOUR APPEARANCE AT TRIAL AT THEIR OFFICE TELEPHONE NUMBER AT (865) 637-0661.

(SEAL)

Date: 3/29/2010

PATRICIA L. McNUTT, CLERK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* David C. Kernell , who requests this subpoena, are:

Wade V. Davies
Anne E. Passino
Ritchie, Dillard & Davies, P.C.
606. W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
wdavies@rddlawfirm.com
apassino@rddlawfirm.com

Case No. 3:08-CR-142

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Andrew M. Fisher, Special Agent
was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Andrew M. Fisher
Special Agent, Federal Bureau of Investigation, 710 Locust Street, Suite 600, Knoxville, TN 37902
on *(date)* 03/29/2010 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/29/2010

*Deborah J. Rose*
*Server's signature*

Deborah J. Rose, Legal Assistant to Wade V. Davies
*Printed name and title*

Ritchie, Dillard & Davies, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
*Server's address*

Additional information regarding attempted service, etc: