UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-cr-142 |
| | ) | (Phillips) |
| DAVID C. KERNELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

There being no timely objection by Defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation ("R&R") [Doc. 89] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on November 20, 2009, is hereby **ACCEPTED IN WHOLE**, whereby Defendant's Motion to Dismiss for Failure to Establish Interstate Commerce Jurisdiction [Doc. 45] is **DENIED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge