STATE CAPITOL
PO Box 110001
Juneau, Alaska 99811-0001
907-465-3500
fax: 907-465-3532

550 West 7th Avenue #1700
Anchorage, Alaska 99501
907-269-7450
fax 907-269-7463
www.gov.alaska.gov
Governor@alaska.gov



## Governor Sean Parnell
### STATE OF ALASKA

January 25, 2010

Aram Roston
NBC Nightly News with Brian Williams
aramroston@gmail.com

Dear Mr. Roston:

    I am responding to your September 9, 2008, public records request, which you modified on September 24, 2008. With your modified request, you asked for copies of

> all emails from Jan[uary] 2007 to [September 24, 2008,] that are cc'd to or directed to, or from, Todd Palin and the following individuals:
>
> Governor Sarah Palin
> Meg Stapleton
> Frank Bailey
> Ivy Frye
> Mike Tibbles
> Michael Nizich
> Randy Ruaro

    Copies of records responsive to your modified request are now available for you. The search and duplication fee for these records is $323.58. Depending on how you would like us to deliver your copies, there may also be a shipping charge. Please contact me so we can discuss delivery and arrangements.

    I have withheld some records that are responsive to your request and redacted others. As indicated in the enclosed privilege log, I withheld or redacted some records based on AS 40.25.120(a)(4) and the attorney-client, executive, and deliberative process privileges. Alaska Rule of Evidence 503 and the Alaska Supreme Court's decisions in *Gwich'in Steering Committee v. State*, 10 P.3d 572 (Alaska 2000), and *Doe v. Superior Court*, 721 P.2d 617 (Alaska 1986), among others, describe those privileges. As the log also indicates, I withheld or redacted some records based on AS 40.25.120(a)(4) and the privacy provision of the Alaska Constitution, article I, section 22.

Each page of the documents collected to respond to your request bears a sequential control number in the lower right-hand corner. Those control numbers range from ROSTON 00001 to ROSTON 02938. The privilege log includes references to the control numbers for redacted or withheld pages. But some control numbers do not appear either on the records to be released or on the privilege log. That is because those pages either are outside the scope of your request or concern purely personal matters and therefore do not constitute "public records" under AS 40.25.220(3). The following pages are outside the scope of your request: ROSTON 00132, 2920-25, and 2927-38. The following pages concern purely personal matters and therefore do not constitute "public records": ROSTON 00138-39, 143, 215, 239, 519, 748-49, 885-86, 902-03, 906, 924, 964, 966-67, 1023-34, 1046-49, 1052-53, 1076-77, 1081, 1145, 1155, 1270, 1284-85, 1287-88, 1294, 1347, 1445-46, 1463-66, 1484-86, 1505, 1644, 1701-02, 1707-09, 1783, 2386, 2392-93, 2400-02, 2421, 2462, 2484, 2583, 2598-99, 2810, 2824-25, 2833-38, 2840, 2855-58, 2866, 2872-80, 2882-83, 2885-92, 2894, 2897-900, 2903-04, 2906-09, 2911-14, 2916-25, and 2927-38.

This response constitutes a partial denial of your records requests. I have been delegated the authority to deny public records requests for the Office of the Governor. If you wish, you may administratively appeal this partial denial of your requests by complying with the procedures of 2 AAC 96.340. Copies of 2 AAC 96.335 – 2 AAC 96.350 are enclosed. You also have the option of obtaining immediate judicial review of this partial denial by seeking an injunction from the superior court under AS 40.25.125. Choosing not to pursue an injunction in superior court will have no adverse effect on your rights in the administrative appeal. An administrative appeal from the denial of a request for public records requires no appeal bond.

Please contact me at 907-465-3876 or by e-mail so we can discuss arrangements for delivery of the records you requested.

Sincerely,

Linda J. Perez
Administrative Director

Enclosures

cc: Mike Nizich, Chief of Staff (w/o encs.)