# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

# CRIMINAL MINUTES - JURY TRIAL

Case No. **3:08-CR-142**    At **Knoxville**    Date **April 20, 2010**

U.S.A. vs. **DAVID C. KERNELL**

**PROCEEDINGS: JURY TRIAL / Day 1** – Preliminary matters are heard before jury selection began. Voir Dire. Jury Seated. Opening Statements. Proof for Govt begins. Witnesses called and exhibits filed. Trial continued for further testimony on Wednesday, April 21, 2010 at 9:00 a.m.

| 60 | 14 | 20 | 26 |
|---|---|---|---|
| Jurors present | Jurors seated | Jurors challenged | Not used |

**PRESENT: HONORABLE THOMAS W. PHILLIPS, United States District Judge**

| | |
|---|---|
| **Mallory Maurer** | |
| **Rachel Stone** | **Jolene Owen** |
| **Deputy Clerk** | **Court Reporter** |
| | |
| **Gregory Weddle** | **Wade Davies** |
| **Mark Krotowski** | **Anne Passino** |
| **Assistant US Attorney** | **Counsel for Deft** |

[X] Witnesses sworn [X] Rule requested   [] Rule not requested  [X] Opening statements
[X] Introduction of evidence for govt [X] begun  [] resumed  [X] concluded
[] Introduction of evidence for dft [] begun [] resumed [] concluded
[]  Rebuttal evidence                          []  Surrebuttal evidence
[X]  Jury respited to Wednesday, April 21, 2010 for further trial.
[]  Motion for judgment of acquittal  [] granted  [] denied   [] submitted
[]  Jury retired to deliberate at ; Jury returned at .
[] JURY VERDICT             [] FINDING BY COURT
*(see signed verdict form and docket entry)*
[] Jury polled            [] Polling waived      [] Mistrial declared
[]  Referred to Probation for presentence report
[]  Ordered defendant(s)  be taken into custody
[X]  Remain on present bond [] Defendant remanded to custody of U.S. Marshal


Time   8:30    to    12:30
       1:30    to    4:30