# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.
DAVID KERNELL

Case Number: 3:08-CR-142

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 4/20/10 | | | **David Omiecinski** |
| 110 | | " | X | X | Floor plan of Apartment 10104 at 1115 Highland Avenue, Knoxville, Tennessee |
| 1 | | " | X | X | 4Chan Rubico Hello /b/ Posting on 9/17/2008 |
| 15 | | " | X | X | Screen capture of 03.jpg of Palin e-mail account from Wikileaks |
| 16 | | " | X | X | Screen capture 05.jpg of Palin e-mail account from Wikileaks |
| 17 | | " | X | X | Screen capture 01.jpg of Palin e-mail account from Wikileaks |
| 18 | | " | X | X | Screen capture 04.jpg of Palin e-mail account from Wikileaks |
| 21 | | " | X | X | Screen capture contacts.txt of Palin e-mail account from Wikileaks |
| 24 | | " | X | X | Screen capture 02.jpg of Palin e-mail account from Wikileaks |
| W | | 4/21/10 | | | **Jeff Stanford - Custodian of Records for Yahoo!** |
| 89 | | " | X | X | U.S. Map showing locations of states with Yahoo servers |
| 90 | | " | X | X | Screen captures for Yahoo! Password Reset |
| 75 | | " | X | X | Email from "yahoo-account-services-us@cc.yahoo-inc.com to Palin email account re "Your Yahoo! Password was changed" |
| 93 | | " | X | X | Yahoo! Account Management Tool for Gov.Palin@yahoo.com |
| 104 | | " | X | X | Yahoo! Account Management Tool for rubico10@yahoo.com |
| 97 | | " | X | X | Yahoo! Account Forensics for Gov.Palin@yahoo.com |
| 108 | | " | X | X | Yahoo! Account Forensics for rubico1337@yahoo.com |
| 98 | | " | X | X | Yahoo! Log-in Tracker Log for Gov.Palin@yahoo.com |
| 109 | | " | X | X | Yahoo! Log-in Tracker Log for rubico1337@yahoo.com |
| 105 | | " | X | X | Yahoo! Log-in Tracker Log for rubico10@yahoo.com |
| 99 | | " | X | X | Yahoo! Web Access Logs for Gov.Palin@yahoo.com |
| 100 | | " | X | X | Yahoo! Printout dated 11/11/2008 of Palin e-mail account |
| 101 | | " | X | X | Yahoo! Printout dated 10/13/2008 of Palin e-mail account |
| 102 | | " | X | X | Yahoo! Printout dated 9/17/2008 of Palin e-mail account |
| 106 | | " | X | X | E-mail from "Kim Zetter" to rubico10@yahoo.com |

| | | | | | |
|---|---|---|---|---|---|
| 91 | | " | X | X | Sample Yahoo! Log entry for Gov.Palin@yahoo.com |
| 92 | | " | X | X | Sample Yahoo! Log Log entry for Gov.Palin@yahoo.com account with file attachment 174.JPG |
| 93 | | " | X | X | Yahoo Account Management Tool for Gov.Palin@yahoo.com |
| 94 | | " | X | X | Summary of Logins to Gov.Palin@yahoo.com |
| 96 | | " | X | X | Summary of Logins to Gov.Palin@yahoo.com |
| 95 | | " | X | X | Summary of Web Access Logs for Gov.Palin@yahoo.com |
| 107 | | " | X | X | Rubico1337@yahoo.com Account Password Change |
| 103 | | " | X | X | Summary of Logins to rubico10@yahoo.com |
| 104a | | " | X | X | Yahoo Account Forencis for Rubico10 |
| 171 | | " | X | X | Yahoo Account Management Page for Rubico1337 |
| | 5 | " | X | X | Yahoo! Terms of Service Policy |
| | 2 | " | X | X | Collective Business Exhibits (Yahoo!) |
| W | | 4/21/10 | | | **Ivy Frye** |
| 25 | | " | X | X | E-mail to Palin e-mail account resetting password to "samsonite1" |
| 26 | | " | X | X | E-mail to Palin e-mail account resetting password to "abc123" |
| 27 | | " | X | X | Gawker article re "Sarah Palin's Personal Emails" |
| 28 | | " | X | X | E-mail from Del Pera to Ivy Frye |
| 32 | | " | X | X | E-mail from ovahea@gmail.com |
| | 64 | " | X | X | Email from Ivy Frye to Sarah Palin "Fw: UPDATE: Legislation Awaiting Action - SB 221 sent to governor |
| W | | 4/21/10 | | | **Frank Bailey** |
| 39 | | " | X | X | E-mail from Greg & Brandy Jones to Palin e-mail account |
| 40 | | " | X | X | E-mail w/attachment from John Morgan to Palin e-mail account |
| 41 | | " | X | X | E-mail from Judy Patrick to Palin e-mail account |
| 42 | | " | X | X | E-mail from Judy Patrick to Palin e-mail account |
| 43 | | " | X | X | E-mail from fek9wnr@Yahoo.com to Palin e-mail account |
| 44 | | " | X | X | E-mail from Sally Heath to Palin e-mail account |
| 45 | | " | X | X | E-mail from Palin e-mail account to Debbie Joslin |
| 46 | | " | X | X | E-mail from Sally Heath to Palin e-mail account |
| 47 | | " | X | X | E-mail from fatkidron@aol.com to Palin e-mail account |
| 48 | | " | X | X | IMG00091.jpg in Palin e-mail account |
| 49 | | " | X | X | IMG00091.jpg in Palin e-mail account |
| 50 | | " | X | X | IMG00172.jpg in Palin e-mail account |
| 51 | | " | X | X | IMG00174.jpg in Palin e-mail account |

| | | | | | |
|---|---|---|---|---|---|
| 52 | | " | X | X | IMG00176.jpg in Palin e-mail account |
| 53 | | " | X | X | IMG00177.jpg in Palin e-mail account |
| 54 | | " | X | X | IMG00178.jpg in Palin e-mail account |
| 55 | | " | X | X | IMG00191.jpg in Palin e-mail account |
| 56 | | " | X | X | E-mail from Judy Patrick to Palin e-mail account |
| 57 | | " | X | X | E-mail from fek9wnr@Yahoo.com to Palin e-mail account w/attachment |
| 58 | | " | X | X | E-mail from fek9wnr@Yahoo.com to Palin e-mail account w/attachment |
| 59 | | " | X | X | E-mail from 19079829061@mms.dobson.net to Palin e-mail account w/attachment |
| 60 | | " | X | X | E-mail from "katie" to Palin e-mail account |
| 61 | | " | X | X | E-mail from "Stapleton, Meghan N (DNR)" to Palin e-mail account |
| 62 | | " | X | X | E-mail from "Palin, J.D." to Palin e-mail account |
| 63 | | " | X | X | E-mail from "Todd" to Palin e-mail account |
| 64 | | " | X | X | E-mail from "Fagerstrom, Erika (GOV)" to Palin e-mail account |
| 65 | | " | X | X | E-mail from Palin e-mail account to Judy Patrick |
| 66 | | " | X | X | E-mail from "Katie" to Palin e-mail account |
| 67 | | " | X | X | E-mail from "Juanita" to Palin e-mail account |
| 68 | | " | X | X | E-mail from "Juanita" to Palin e-mail account |
| 69 | | " | X | X | E-mail from Sally Heath to Palin e-mail account |
| 70 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 71 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 72 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 73 | | " | X | X | E-mail from "McBride, Rhonda (GOV)" to Palin e-mail account |
| 74 | | " | X | X | E-mail from "Goode, Kelly C (GOV)" to Palin e-mail account |
| 75 | | " | X | X | E-mail from "yahoo-account-services-us@cc.yahoo-inc.com" to Palin e-mail account re "Your Yahoo! password was changed" |
| 76 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 77 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 78 | | " | X | X | E-mail from Ivy Frye to Palin e-mail account |
| 79 | | " | X | X | E-mail from Sally Heath to Palin e-mail account |
| 80 | | " | X | X | E-mail from "JD & Trish" to Palin e-mail account |
| 81 | | " | X | X | E-mail from "frank bailey" to Palin e-mail account |
| 82 | | " | X | X | E-mail from "Yahoo! Mail" to Palin e-mail account re "Welcome to Yahoo! Mail Plus |
| | 65 | " | X | X | Letter to Gregory Weddle from Thomas Van Flein |
| **W** | | **4/21/10** | | | **Gabe Ramuglia (VTunnel)** |

| | | | | | |
|---|---|---|---|---|---|
| 135 | | " | X | X | Screenshot of Ctunnel.com Terms of Service |
| 134 | | " | X | X | Screenshot of Ctunnel.com website |
| 136 | | " | X | X | Summary of Proxy Activity from 66.253.190.21 for 9/16/2008 |
| 137 | | " | X | X | E-mail from Gabe@vtunnel.com (Gabriel Ramuglia) with printout of Vtunnel |
| 138 | | " | X | X | E-mail from Gabe@vtunnel.com (Gabriel Ramuglia) with printout of Vtunnel |
| 140 | | " | X | X | Printout of Ctunnel 66.253.190.21.htm |
| 141 | | " | X | X | Printout of Ctunnel SQL Dump |
| | 66 | " | X | X | Ctunnel.com Chart by Wade Davies |
| W | | 4/21/10 | | | **Bristol Palin** |
| 83 | | " | X | X | AT&T Affidavit with Subscriber Record and Call Detail for cell phone number 907-982-9061 used by Bristol Palin |
| 84 | | " | X | X | AT&T Call Detail Summary of unwanted calls and text messages for 907-982-9061 (Bristol Palin) initialed and dated by Bristol Palin |
| 13 | | " | X | X | Photobucket screen capture 01.jpg - e-mail from Palin e-mail account to "Sean Parnell" |
| W | | 4/21/10 | | | **Wendy Gallant (Photobucket)** |
| 3 | | " | X | X | Photobucket Basic Subscriber Page |
| 4 | | " | X | X | Photobucket "anoncrack" account upload log |
| 2 | | " | X | X | Photobucket Summary for 9/17/2008 |
| 5 | | " | X | X | Photobucket photo "family2" - Willow with Trig on plane |
| 6 | | " | X | X | Photobucket photo "family1" - Palin kids |
| 7 | | " | X | X | Photobucket screen capture of Palin Yahoo e-mail account info |
| 8 | | " | X | X | Photobucket screen capture of Palin Yahoo contact list |
| 9 | | " | X | X | Photobucket screen capture 05.jpg - Palin Yahoo e-mail box |
| 10 | | " | X | X | Photobucket screen capture 04.jpg - e-mail from Amy McCorkell to Palin Yahoo |
| 11 | | " | X | X | Photobucket screen capture 03.jpg - Palin e-mail inbox |
| 12 | | " | X | X | Photobucket screen capture 02.jpg - e-mail to Ivy Frye from the Good Anonymous |
| W | | 4/22/10 | | | **Max Kelly (Facebook)** |
| 117 | | " | X | X | Facebook printout of Profile and Friends List for David Kernell (Friend ID 9432971) |
| 118 | | " | X | X | Facebook printout of Neomessages and Messages for David Kernell (Friend ID 9432971) |
| 119 | | " | X | X | Facebook printout of IP logs for User ID 9432971 |
| 113 | | " | X | X | Summary of Facebook Activity from IP 66.253.190.21 for David Kernell (Friend ID 9432971) |
| 114 | | " | X | X | Summary of Facebook Activity from IP 66.253.191.62 for David Kernell (Friend ID 9432971) |
| 116 | | " | X | X | Summary of Facebook Deactivation for David Kernell (Friend ID 9432971) |
| 115 | | " | X | X | Summary of Facebook Friends of Kernell |

| | | | | | |
|---|---|---|---|---|---|
| 120 | | " | X | X | Summary of Facebook Neomessage to David C. Kernell from Riley Long |
| 121 | | " | X | X | Summary of Facebook Chat Messages to Julian Sanchez |
| W | | 4/22/10 | | | **Benjamin Reed** |
| 123 | | " | X | X | Summary of Facebook Chat Messages to Ben Reed |
| W | | 4/22/10 | | | **Chris Poole** |
| 125 | | " | X | X | Summary of 4chan website |
| 129 | | " | X | X | 4chan e-mail to FBI w/4 attached files (downloaded to disk) |
| 130 | | " | X | X | 4chan printout of Audit Logs for 9/16/2008 |
| 131 | | " | X | X | 4chan printout of Web Logs for for IP Address: 66.253.190.21 and Vtunnel proxy |
| 132 | | " | X | X | 4chan printout of Database Entries for 9/16/2008 |
| 133 | | " | X | X | 4chan printout of Web Logs of Other IPs that accessed gov.palin |
| 126 | | " | X | X | Summary of 4chan Activity IP 66.253.190.21 |
| W | | 4/22-4/23 | | | **FBI Agent Steve McFall** |
| 144 | | " | X | X | Photo of Acer Laptop computer |
| 145 | | " | X | X | Photo of identifying labels on Acer laptop computer |
| 146 | | " | X | X | Photo of Acer laptop hard drive and imaged copy |
| 600 | | " | X | X | Acer Laptop Attributes |
| 601 | | " | X | X | Acer Laptop Hard Drive Summary - Reduced Master Summary |
| 602 | | " | X | X | Acer Laptop Hard Drive Log File Summary |
| 603 | | " | X | X | Defendant Facebook Message from Log File |
| 604 | | " | X | X | ARIN WHOIS Database Search |
| 501 | | " | X | X | IP address 66.253.190.21, log into Facebook.com; email address dkernell@utk.edu; password Rocket10 |
| 502 | | " | X | X | Install Firefox, version 3.0.1 |
| 503 | | " | X | X | IP address 66.253.190.21, log into Facebook.com; user id 9432971 (David Kernell) |
| 504 | | " | X | X | Facebook chat posts: user dkernell@utk.edu; "acer" and "its awsome" |
| 505 | | " | X | X | Facebook chat posts: user dkernell@utk.edu; "i got ,y computer in the mail", "i like it" and "this one is from my uncle" |
| 506 | | " | X | X | Facebook chat posts: user dkernell@utk.edu; "give me a call if you do!"; "haha 901-292-9265" |
| 507 | | " | X | X | Install Zune 2.5 |
| 508 | | " | X | X | Access The Commons at Knoxville website; IP address 66.253.190.21 name: David Kernell; e-mail: dkernell@utk.edu; password: Rocket10; property ID number: 12405; mother's maiden name: loretta |
| 509 | | " | X | X | Create D:\b |
| 510 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Recent\b.LNK file; access to the folder D:\b |

| | | | | | |
|---|---|---|---|---|---|
| 511 | | " | X | X | Forensic evidence re NYT Internet article "Once Elected, Palin Hired Friends and Lashed Foes" |
| 512 | | " | X | X | NYT Internet article "Once Elected, Palin Hired Friends and Lashed Foes" |
| 513 | | " | X | X | Facebook user id: 9432971 (David Kernell) www.facebook.com/friends/ |
| 514 | | " | X | X | Yahoo login rubico1337 (https://edit.yahoo.com/forgot) |
| 515 | | " | X | X | Yahoo login gov.palin (https://edit.yahoo.com/forgot); IP 66.253.190.21 |
| 516 | | " | X | X | Forensic evidence re Internet valleywag.com article titled: "Why Palin's Yahoo mail account is just like Gavin Newsoms iPhone" (valleywag.gawker.com/... /gavin-newsom-insinuates-himself-into-latest-san-francisco-wireless-internet-plan) |
| 517 | | " | X | X | Internet valleywag.com article titled: "Why Palin's Yahoo mail account is just like Gavin Newsoms iPhone" (valleywag.gawker.com/... /gavin-newsom-insinuates-himself-into-latest-san-francisco-wireless-internet-plan) |
| 518 | | " | X | X | Wikipedia article about Sarah Palin |
| 519 | | " | X | X | Google searches |
| 520 | | " | X | X | Yahoo login gov.palin (https://edit.yahoo.com/forgot); IP 66.253.190.21 security question: enter school in pwa field |
| 521 | | " | X | X | http://btunnel.com/ proxy; enter yahoo.com; IP 66.253.190.21 |
| 522 | | " | X | X | IMG00191.JPG saved to desktop |
| 523 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Recent\IMG00191.LNK file Access to the file C:\Documents and Settings\Sam Kernell\Desktop\IMG00191.JPG |
| 524 | | " | X | X | IMG00176.JPG saved to desktop |
| 525 | | " | X | X | http://ctunnel.com/ proxy; enter yahoo.com; IP 66.253.190.21 |
| 526 | | " | X | X | Forensic evidence re 4chan post - [No. 85525276] |
| 527 | | " | X | X | Summary of forensic evidence of 4chan posts |
| 528 | | " | X | X | Execution of OIS.EXE (Microsoft Office Picture Manager) used for screen captures |
| 529 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\My Pictures\New Picture.BMP file |
| 530 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Recent\anondelivers.LNK file Access to file C:\anondelivers.BMP |
| 531 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Desktop\New Picture.JPG file |
| 532 | | " | X | X | Yahoo e-mail access using ctunnel.com proxy; IP 66.253.190.21 username gov.palin; password popcorn |
| 533 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\My Pictures\palin folder |
| 534 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Recent\002.LNK file Access C:\Documents and Settings\Sam Kernell\MyDocuments\MyPictures\palin\002.BMP file |
| 535 | | " | X | X | Send e-mail from gov.palin@yahoo.com to lolpalin@mailinator.com using ctunnel proxy service |
| 536 | | " | X | X | File IMG00091.JPG saved to the user's desktop |
| 537 | | " | X | X | File IMG00174.JPG saved on desktop; |
| 538 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\My Pictures\New Picture.BMP file |
| 539 | | " | X | X | http://dtunnel.com/ proxy; enter yahoo.com; IP 66.253.190.21 |
| 540 | | " | X | X | 4chan post - September 16, 2008 at 2:01 p.m. |
| 541 | | " | X | X | Yahoo login gov.palin (https://edit.yahoo.com/forgot |

| | | | | | |
|---|---|---|---|---|---|
| 542 | | " | X | X | Log into Facebook.com; email address dkernell@utk.edu; password Rocket10 |
| 543 | | " | X | X | http://ctunnel.com/ web proxy service; enter yahoo.com |
| 544 | | " | X | X | Log into Facebook.com (User 9432971 - David Kernell) |
| 545 | | " | X | X | Facebook.com chat messages from David Kernell (User 9432971) to Ben Reed (User 9433863) |
| 546 | | " | X | X | Facebook.com chat messages from David Kernell (User 9432971) to Ben Reed (User 9433863) |
| 547 | | " | X | X | Facebook.com chat messages from David Kernell (User 9432971) to Ben Reed (User 9433863) |
| 548 | | " | X | X | Facebook.com chat messages from David Kernell (User 9432971) to Ben Reed (User 9433863) |
| 549 | | " | X | X | Log into https://thecommonsatknoxville.prospectportal.com email address dkernell@utk.edu; password Rocket10; Firefox web browser |
| 550 | | " | X | X | Log into Facebook.com; email address: dkernell@utk.edu; password: Rocket10 (User 9432971 - David Kernell) |
| 551 | | " | X | X | Facebook.com chat message recovered from drive free space 50 |
| 552 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 553 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 554 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 555 | | " | X | X | Yahoo login gov.palin (https://edit.yahoo.com/forgot) |
| 556 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 557 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 558 | | " | X | X | Facebook.com chat message from David Kernell (User 9432971) to Riley Long (User 1505280110) |
| 559 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\Hello.doc file |
| 560 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\Hello.doc file |
| 561 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\My Documents\Hello.doc file |
| 562 | | " | X | X | Create C:\Documents and Settings\Sam Kernell\Recent\family2.LNK file (access to the file D:\b\family2.JPG) |
| 563 | | " | X | X | Email sent to rubico10@yahoo.com from Jefferson Smith - September 17, 2008 at 9:58 p.m. |
| 564 | | " | X | X | Access www.yahoo.com: userid: rubico10@yahoo.com; password: Rocket10 |
| 565 | | " | X | X | Update profile rubico10@yahoo.com; FN field: moot; PZ field: 99678 |
| 566 | | " | X | X | Update profile rubico10@yahoo.com; FN field: i am; LN field: moot; PZ field: 99678 |
| 567 | | " | X | X | Log-in attempt www.blogger.com; email address: rubicon; password: rocket10 |
| 569 | | " | X | X | Internet Explorer cache index |
| 570 | | " | X | X | Log into Facebook.com; email address dkernell@utk.edu; password Rocket10 |
| 571 | | " | X | X | Last use of the Firefox web browser |
| 572 | | " | X | X | Mozilla Firefox web browser uninstaller program |
| 573 | | " | X | X | Google search: "palin email" |
| 574 | | " | X | X | Log into Facebook.com; email address dkernell@utk.edu; password Rocket10 |
| 575 | | " | X | X | File properties for image file - Willow and Trig |

| | | | | | |
|---|---|---|---|---|---|
| 576 | | " | X | X | Google search: "rubicon" |
| 577 | | " | X | X | Google search: "rubicon" |
| 578 | | " | X | X | Google search: "rubicon" |
| 579 | | " | X | X | Google search: "rubicon" |
| 580 | | " | X | X | Google search: "4chan" |
| 581 | | " | X | X | Google search: "4chan taken down" |
| 582 | | " | X | X | Google search: "legalites email" |
| 583 | | " | X | X | Google search: "legalities email" |
| 584 | | " | X | X | Internet document "Legalities regarding publishing |
| 585 | | " | X | X | Google search: "legalities yAHOO email" |
| 586 | | " | X | X | Google search: "legalities yAHOO mail" |
| 587 | | " | X | X | Google search: "yAHOO mail" |
| 588 | | " | X | X | Google search: "yAHOO email legal" |
| 589 | | " | X | X | Google search: "sopenaning ip adresses" |
| 590 | | " | X | X | Google search: "sopena ip adresses" |
| 591 | | " | X | X | Google search: "sopena ip adresses" |
| 592 | | " | X | X | Google search: "sopena ip addresses" |
| 593 | | " | X | X | Google search: "yAHOO email legal" |
| 594 | | " | X | X | Google search: "Stored Communications Act or SCA" |
| 595 | | " | X | X | Google search: "firewall" |
| 596 | | " | X | X | Google search: "zone alarm firewall" |
| 597 | | " | X | X | User views Computer_Security_Expert_Testifies_RIAA_Can_t_ |
| 598 | | " | X | X | User views Computer_Security_Expert_Testifies_RIAA_Can_t_ |
| 599 | | " | X | X | Disk Defragmenter program |
| 500 | | " | X | X | Computer Forensic Examination Timeline |
| 606 | | " | X | X | Google Searches from Acer Laptop Examination |
| 607 | | " | X | X | Acer Laptop Hard Drive Summary Deleted with Times |
| 613 | | " | X | X | IMG00174.jpg |
| 614 | | " | X | X | IMG00091.jpg |
| *157* | | " | *X* | *X* | *Sealed to public* - CD of files used by Jason Passwaters |
| 609 | | " | X | X | 4chan Post - September 16, 2008 at 1:00:34 |
| 610 | | " | X | X | 4chan Post - September 16, 2008 at 1:41:48 |
| 611 | | " | X | X | 4chan Post - September 16, 2008 at 1:53:49 |
| 617 | | " | X | X | 4chan Posts -September 16, 2008 at 1:46:23 |

| | | | | | |
|---|---|---|---|---|---|
| 612 | | " | X | X | 4chan Posts -September 16, 2008 at 2:01:02 |
| 19 | | " | X | X | Screen capture family2.jpg of Palin e-mail account from Wikileaks |
| 20 | | " | X | X | Screen capture family1.jpg of Palin e-mail account from Wikileaks |
| 22 | | " | X | X | Screen capture email-account-info.txt of Palin e-mail account from Wikileaks |
| 23 | | " | X | X | Screen capture email-index.txt of Palin e-mail account from Wikileaks |
| 605 | | " | X | X | Google Searches and Wikipedia Tabs |
| 615 | | " | X | X | IMG00174.jpg Comparison |
| 616 | | " | X | X | IMG00091.jpg |
| 618 | | " | X | X | Drive Free Space - rubico post of Hello.doc |
| 623 | | " | X | X | Google Queries |
| 624 | | " | X | X | Google Searches from Acer Laptop Examination |
| 622 | | " | X | X | Google Queries |
| 619 | | " | X | X | Acer Laptop Hard Drive Summary - Hello.doc and Remnants |
| 625 | | " | X | X | Acer Laptop Deletions |
| 626 | | " | X | X | Firefox Uninstall |
| 627 | | " | X | X | Restore Point - September 16, 2008 |
| 628 | | " | X | X | Restore Point - September 18, 2008 |
| 629 | | " | X | X | Disk Defragmenter |
| 621 | | " | X | X | Palin-in-the-Car.jpg |
| 630 | | " | X | X | Acer Laptop Hard Drive Summary - Master |
| | 8 | 4/23/10 | X | X | Photograph of defendant's room |
| | 9 | " | X | X | Photograph of books on defendant's desk |
| | 11 | " | X | X | Photograph of laptop on defendant's desk |
| | 12 | " | X | X | *Sealed to public -Photograph of defendant's ID's and bank card |
| | 26 | " | X | X | NYT Internet article "Once Elected, Palin Hired Friends and Lashed Foes" |
| | 37 | " | X | X | http://gov.state/ak.us/bio_firstgent.php (First Gentelman's Biography Todd Palin) |
| | 68 | " | X | X | Email containing photograph of Palin children |
| **W** | | **4/23/10** | | | **Sarah Palin** |
| S1 | | | X | X | Stipulation: Summary of Various Timezones |
| 85 | | | X | X | Records that reflect the various area codes and locations |
| 111 | | | X | X | Sprint Nextel Affidavit with Subscriber Record and Call Detail for cell phone number 901-292-9265 subscribed to Michael Kernell/used by David Kernell |
| 149 | | | X | X | Property Solutions Affidavit and records related to on-line payments for David |
| 153 | | | X | X | Google, Inc. Affidavit and records for Search Terms |

| | | | | | |
|---|---|---|---|---|---|
| | W | 4/23/10 | | | **Jason Passwaters** |
| 151 | | | X | X | Summary of Google Search for IP 66.253.190.21 |
| 152 | | | X | X | Summary of Google Search for IP 66.253.191.62 |
| 127 | | | X | X | Summary of 4chan log entry showing a post to/b discussion 85525276 |
| 128 | | | X | X | Summary of 4chan log entry showing access to /b discussion 85534661 from |
| 174 | | | X | X | CD labeled 288A-19X-71675 |
| 158 | | | X | X | Summary of Access to Gov.Palin@yahoo.com on 9/16/2008 between 00:22:59 and |
| 162 | | | X | X | Summary of Access to Gov.Palin@yahoo.com on 9/16/2008 between 02:01:56 and 03:12:28 ET |
| 159 | | | X | X | Map of access to Gov.Palin@yahoo.com on 9/16/2008 between 00:22 -01:59 ET |
| 163 | | | X | X | Map of access to Gov.Palin@yahoo.com on 9/16/2008 between 02:01 and 03:12 ET |
| 161 | | | X | X | 4chan /b discussion 85525276 |
| 165 | | | X | X | 4chan /b discussion 85782652 |
| 160 | | | X | X | Activity Summary between 00:22:59 and 01:59:36 ET from IP 66.253.190.21 |
| 164 | | | X | X | Summary of User-Agent String Access to Gov.Palin@yahoo.com |
| 166 | | | X | X | Summary of Matching files uploaded to 4chan.org from 66.253.190.21 |
| | W | 4/23/10 | | | **FBI Agent Todd Sanstedt** |
| 61 | | | X | X | Letter to Agent Stanstedt from Wade Davies |
| | | | | | |
| 29 | | " | ID | ID | E-mail from Pete Berman to Ivy Frye |
| | 49col | " | ID | ID | Emails from Ivy Frye to Sarah Palin "Fw: Cell phone reimbursement" |
| 173 | | " | ID | ID | Email from Tina Dosh to Scott Wenger on March 5, 2009 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.