**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

U.S.A. vs. DAVID KERNELL                                        Date: November 12, 2010

Case No. 3:08-CR-142                                             At: Knoxville

**PROCEEDINGS:** **Sentencing Hearing** – Defendant sworn. Probation officer, Joe Thomas, is called to give testimony regarding possible enhancement. Counsel responds. Counsel for defendant addresses motion for downward departure and variance previously filed. Government responds. The court denies the defendant's motion for departure, and grants the motion for variance. Defendant is sentenced to a total term of imprisonment of twelve months and one day as to Counts 3 and 4 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for three years. Defendant will self report, as notified by the USMS.

**Present:** **HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE**

|  |  | Greg Weddle |
|---|---|---|
|  |  | Mark Krotoski |
| Rachel Stone | Jolene Owen | Josh Goldfoot |
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Wade Davies |  |  |
|---|---|---|
| Anne Passino |  | Joe Thomas |
| **Attorney for Deft** |  | **Probation Officer** |

**Others present:** CSO, USM
**[X]** Defendant is sworn
**[X]** Defendant is given opportunity to speak and **[X]** speaks; **[]** declines to speak

**[X] COURT PRONOUNCES JUDGMENT:**
The defendant is sentenced to a total term of imprisonment of **12 months and 1 day** as to Counts 3 and 4 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three years** .

**[]** **Restitution** "joint and several?" **yes** () **no** () interest waived **yes** () **no** ()
**Victim(s) Name/Amount:**

**[X]** **Special Assessment: $125.00**
**[] Fine:**
**[X] COURT RECOMMENDS :** The court recommends designation to the Midway Sanctions Center located in Knoxville, Tennessee.
**[] Defendant remanded to custody [] Released on bond**
**[X] Defendant to self-report as notified by the U.S. Marshal**

**Time 9:00 to 11:15**